IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFERY MUSSELMAN**                                                                     **PLAINTIFF**

**v.**                                    **4:22-CV-01216-BRW**

**CHRISTINE WORMUTH, Secretary,**
**Department of the Army**                                                                **DEFENDANT**

## JUDGMENT

Based on the Order entered March 7, 2024, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2024.

                                                                                     BILLY ROY WILSON
                                                      UNITED STATES DISTRICT JUDGE